NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REMBRANDT DATA TECHNOLOGIES, LP,**
*Plaintiff-Appellant,*

v.

**AOL, LLC,**
*Defendant,*

and

**CAVALIER TELEPHONE, LLC,**
*Defendant,*

and

**DIRECTV, INC.,**
*Defendant-Appellee,*

and

**HEWLETT-PACKARD COMPANY,**
*Defendant-Appellee,*

and

**CANON U.S.A., INC., CANON BUSINESS SOLUTIONS, INC., AND CANON INFORMATION TECHNOLOGY SERVICES, INC.,**
*Defendants-Appellees.*

---

2010-1002

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 08-CV-1009, Judge Gerald Bruce Lee.

---

## ON MOTION

---

Before NEWMAN, *Circuit Judge.*

### ORDER

Rembrandt Data Technologies, LP moves without opposition for leave to file a 9,970 word reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

___JUL 0 1 2010___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Michael J. Songer, Esq.
     Charles R. Bruton, Esq.
     R. Alexander Pilmer, Esq.
     George Pazuniak, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 0 1 2010**

**JAN HORBALY**
**CLERK**